IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIMAL JIT SINGH,

     Petitioner,                    No. CIV S-08-0825 MCE EFB P

     vs.

NANCY ALCANTER, et al.,

     Respondents.         <u>ORDER</u>

                             /

     Petitioner, a federal inmate proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

     Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order.

     2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer.

/////

1

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter.

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney for the Eastern District of California.

DATED: June 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE