Robert B. Jobe (Cal. State Bar #133089)
Katherine M. Lewis (Cal. State Bar #247258)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorneys for Petitioner,
Vimal Jit Singh.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIMAL JIT SINGH, | No. 2:08-CV-00825 MCE EFB |
| Petitioner, | |
| v. | **ORDER** |
| JANET NAPOLITANO, ET AL., | |
| Respondents. | |

IT IS HEREBY ORDERED that counsel's motion to extend the date of the hearing on the Defendants' Motion To Dismiss until April 30, 2009 at 2:00 p.m. is granted.

Dated: April 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

CV 2:08-CV-00825 MCE EFB
Order