IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIMAL JIT SINGH,

        Petitioner,                   No. CIV S-08-0825 MCE EFB P

    vs.

MICHAEL CHERTOFF, et al.,

        Respondents.           <u>ORDER</u>

_____/

       Petitioner, a citizen of Fiji and a lawful permanent resident of this country who is subject to an order of removal, filed a writ of habeas corpus through counsel. *See* 28 U.S.C. § 2241. Respondents filed a motion to dismiss on February 4, 2009. Before filing an opposition to the motion to dismiss, counsel withdrew, citing ethical reasons. In light of petitioner's current *pro se* status, the district judge has referred this matter to the undersigned.

       The court finds that petitioner must have an opportunity to file an opposition to respondents' motion to dismiss.

////

////

////

////

1

Accordingly, it is ORDERED that:

1. Within 30 days of the date this order is signed, petitioner must file an opposition or a notice of no opposition to respondents' motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed.

2. Respondents' reply brief, if any, shall be filed within 10 days after petitioner's filing of any opposition.

3. Thereafter the matter will stand submitted for decision without oral argument. *See* 78-230(m).

Dated: May 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE